UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-21875-CIV-MORENO/SIMONTON

ROSCOE JENKINS a/k/a ROSCO JENKINS
PrIsoner No.: B400099,

    Petitioner,

v.

JAMES McDONOUGH, Secretary,
Florida Department of Corrections,

    Respondent.
_____/

## ORDER REQUIRING PETITIONER TO SUPPLEMENT HIS REPLY AND MOTION TO AMEND PETITION

Presently pending before this Court is Roscoe Jenkins' (hereafter "Petitioner"), Petition For Writ of Habeas Corpus By Prisoner In State Custody (DE # 1). The Petition has been referred to the undersigned Magistrate Judge (DE # 25).

Respondent filed an Answer which contended, *inter alia*, that the Petition was barred as untimely filed (DE # 16). Pursuant to this Court's Order, Petitioner filed a Reply to this Response which conceded that the Petition was not filed within the one-year period of time prescribed under AEDPA; but asserted in conclusory terms that he was actually innocent of the crimes for which he was convicted, and that he was entitled to equitable tolling of the limitations period. In addition, with respect to Respondent's arguments that claims one and four were barred because they were unexhausted in state court proceedings, Petitioner abandoned claim four of his Petition, and contended that exhaustion of claim one should be excused on the grounds of futility. In addition, Petitioner included in his Reply, a motion for leave to amend his Petition "specifically as to claim one to add additional facts which are in the trial in

support of the claim and Petitioner's assertion that he is actually innocent." (DE # 32 at 4). Petitioner did not include any proposed Amended Complaint with his motion, and did not include any facts or evidence to support his claim of equitable tolling or actual innocence. In addition, his Motion to Amend is not supported by a Memorandum of Law.

Therefore, based on a review of the record as a whole, it is hereby

**ORDERED** that, on or before August 17, 2007, Petitioner shall file a Memorandum of Law in support of his Motion to Amend, which shall attach a proposed Amended Petition. In addition, Petitioner shall address the standards which govern consideration of equitable tolling and the "actual innocence" exception to the procedural bar rule, as applied to the specific evidence upon which he relies to support this claim in the case at bar. *See House v.* Bell, 126 S. Ct. 2064 (2006); Schlup *v. Delo*, 513 U.S. 298 (1995); *Arthur v. Allen*, 452 F.3d 1234 (11thCir. 2006), *as modified*, 459 F.3d 1310 (11th Cir. 2006); *Sibley v. Culliver*, 377 F.3d 1196 (11th Cir. 2004). It is further

**ORDERED** that Respondent shall respond to Petitioner's Reply (DE # 32) and the above Memorandum of Law within twenty days from the date of service of the Memorandum of Law.

**DONE AND ORDERED** at Miami, Florida, in chambers, on August 7, 2007.

*/s/ Andrea M. Simonton*
ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
The Honorable Federico A. Moreno
   United States District Judge
All counsel of record